IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD R. WEBB,

       Plaintiff,                     No. 2:12-cv-0345 EFB P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

       Defendants.              ORDER

_____/

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Plaintiff, through the assistance of another inmate, requests a five-month extension of time to file an amended complaint as ordered by the court on August 2, 2012.  *See* Fed. R. Civ. P. 6(b).

Plaintiff's request (Dckt. No. 11) is granted and plaintiff has until February 13, 2013 to file his amended complaint.  Absent a showing of substantial cause, the court does not intend to extend this time.

So ordered.

Dated: September 13, 2012.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE